IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                        CV F 06 0425 OWW WMW   P

vs.                                    ORDER

CCI SHU,

    Defendant.

    Plaintiff is a state prisoner proceeding pro se in a civil rights action challenging the conditions of his confinement.

    On April 24, 2006, an order was entered, directing Plaintiff to show cause, within thirty days, why he should not be directed to pay the filing fee in full 28 U.S.C. § 1915(g). The thirty day period has passed, and Plaintiff has not responded to the court's order.

    The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

    This plaintiff has, on 3 prior occasions, brought civil actions challenging the

1

1  conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
2  a claim upon which relief can be granted.  <u>Weaver v. Pelican Bay State </u>Prison, No. C 04-3077
3  JW (PR) (N.D. Cal May 18, 2005); <u>Weaver v. Nimrod</u>, No. C 04-3154 JW (PR) (N.D. Cal. Dec.
4  14, 2004); <u>Weaver v. Daniel</u>, No. C 05-1373 JW (PR) (N.D. Cal. May 9, 2005); <u>Weaver v.
5  Pelican Bay State Prison Mail Room</u>, No. C 04-4784 JW (PR) (N.D. Cal. Jan. 5, 2005); <u>Weaver
6  v. Montiero, et al.,</u> No. 05-0166 RSWL (FMO) (C.D. Cal. Nov. 21, 2005).   Plaintiff is therefore
7  not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent
8  danger of serious physical injury.   There are no such facts alleged in this case.

    Accordingly, IT IS HEREBY ORDERED that  Plaintiff is directed to submit, within thirty days of the date of service of this order, the $350 filing fee in full.  Plaintiff's failure to do so will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   September 13, 2006**              **/s/  William M. Wunderlich**
mmkd34                                          UNITED STATES MAGISTRATE JUDGE