IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                    CV F 06 0425 OWW  WMW P

vs.                           ORDER RE: FINDINGS & RECOMMENDATIONS (#6)

CCI SHU,

    Defendant.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On November 2, 2006, findings and recommendations were entered, recommending denial of Plaintiff's application to proceed in forma pauperis.   Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 2, 2006, are adopted in full; and

2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).

3. Plaintiff is directed to submit the $350 filing fee, in full, within thirty days of the date of service of this order. Failure to do so will result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

**Dated:    December 10, 2006**                                   **/s/ Oliver W. Wanger**
emm0d6                                                               UNITED STATES DISTRICT JUDGE